IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-10710
Summary Calendar
_____

MARY F. HAMILTON,

Plaintiff-Appellant,

versus

SHIRLEY S. CHATER, COMMISSIONER OF SOCIAL SECURITY,

Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:95-CV-115-C
- - - - - - - - - -
January 22, 1997

Before REAVLEY, BARKSDALE and DENNIS, Circuit Judges.

PER CURIAM:[*]

Mary Hamilton appeals from the dismissal of her complaint
for judicial review of the Commissioner's decision denying her
application for supplemental security income (SSI) benefits.
Hamilton contends that the administrative law judge (ALJ) made
inconsistent findings regarding her ability to do various jobs;
that the ALJ erred by failing to order a consultative physical
evaluation; and that the district court should have remanded her

_____

[*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

case to the Commissioner for findings on new evidence.

Hamilton did not raise her contention that the ALJ made inconsistent findings before the Appeals Council. She failed to exhaust that contention in her administrative proceedings. *Paul v. Shalala*, 29 F.3d 208, 210 (5th Cir. 1994). Regarding Hamilton's remaining contentions, we have reviewed the record and the briefs of the parties and we have found no reversible error. According, as to those contentions, we affirm for essentially the reasons relied on by the district court. *See Hamilton v. Chater*, No. 5:95-CV-115-C (N.D. Tex. Mar. 27, 1996).

AFFIRMED.